# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ANTHONY JIMEE PETE, | : | No. 68 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MELINDA ADAMS, SUPERVISOR OF | : | |
| SCI MERCER, RICHARD | : | |
| GOLDINGER, DISTRICT ATTORNEY | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the "Writ of Habeas Corpus Ad Subjiciendum" is DENIED.